**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN BROOKS, | ) | |
| Petitioner, | ) | 3:11-cv-0162-ECR-VPC |
| vs. | ) | **ORDER** |
| E.K. MCDANIEL, *et al.,* | ) | |
| Respondents. | ) | |

Kevin Brooks has submitted a motion to proceed in *forma pauperis* (ECF No. 1), but presents no petition or complaint upon which the action may proceed. The application includes a brief missive directing the Clerk to file the motion with the "Motion For Relief From Judgment" in a case entitled Brooks v. McDaniel, which was mailed on February 27, 2011. The letter does not provide a case number by which the Clerk may identify the case to which Brooks refers. Moreover, the Court notices that there are at least seven cases that have been filed in this Court between 1997 and this date with the exact appellation referred to by Brooks: Brooks v. McDaniel.[1] It is the proponent's obligation to ensure that his pleadings are properly identified and filed in the proper action.

Based on the foregoing, this motion (ECF No. 1) shall be **denied** and the Clerk shall

---

[1] A simple search of the Court's docket reveals these case numbers with Brooks and McDaniels as named parties: 3:97-cv-00457; 3:02-cv-00236; 3:04-cv-00294; 3:05-cv-0054; 3:06-cv-00236; 3:07-cv-00394.

be directed to return the application for leave to proceed in *forma pauperis* to petitioner along with a copy of this Order.  This action is dismissed.  **IT IS SO ORDERED**.

Dated, this 7th day of March 2011.

*Edward C. Reed.*
_____
UNITED STATES DISTRICT JUDGE